Everett G. Barry, Jr. (SBN 053119)
Kelly Ann Tran (SBN 254476)
**MULVANEY BARRY BEATTY LINN & MAYERS LLP**
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone:  619-238-1010
Facsimile:  619-238-1981

Attorneys for Richard M. Kipperman,
Court-Appointed Chapter 11 Examiner

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BWR, LLC,<br><br>                Debtor. | CASE NO. 18-03650-MM11<br><br>**EXAMINER'S THIRD REPORT**<br><br>Status Conference:<br>Date:   August 1, 2019<br>Time:   3:00 p.m.<br>Dept.:  1, Room 218<br><br>Judge: Hon. Margaret M. Mann |

Richard M. Kipperman, Court-Appointed Chapter 11 Examiner, ("Examiner") respectfully submits his Third Report. The Order Appointing Examiner requested the Examiner take the following actions:

- Investigate the acts, conduct, assets, liabilities, and financial condition of BWR, LLC (the "Debtor"), the operations of the Debtor's business, and the desirability and/or feasibility of the continuance of such business, and any other matter relevant to the case;

- Review and evaluate the pending Sale Agreement between the Debtor and Buyer Blinding Edge One, LLC;

- Review and evaluate any other purchase offers received by the Debtor;

- Review and evaluate any refinancing offers received by the Debtor;

- Evaluate and opine as to the feasibility of selling the assets of the Debtor after proper marketing; and

- Prepare a report regarding its investigation of the above items and opine

1

MULVANEY BARRY LINN & MAYERS LLP
ATTORNEYS AT LAW
401 WEST A STREET, 17TH FLOOR
SAN DIEGO, CALIFORNIA 92101-7994
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

based on its best business judgment whether a sale, refinance, or dismissal is in the best interest of creditors and the estate.

**I.** **Status of Potential Sale of Property**

In the Examiner's Second Report, filed on May 23, 2018, the Examiner recommended that marketing and selling the Resort would be in the best interest of creditors and the Estate. Since the Second Report was filed, the Examiner and Eddie Mejorado, the Debtor's principal interviewed four brokers: Atlas Realty Group; Braun International Real Estate; Transworld Business Advisors San Diego; and Lodging Brokers Network. Following the interviews, the Examiner and Debtor received proposals from three of the brokers and decided to obtain a listing agreement from Braun International Real Estate ("Braun"), subject to Court approval.

Braun sent the Examiner a Listing Agreement. Examiner's counsel revised the Listing Agreement and drafted an Addendum, which the Examiner sent to the Debtor and its counsel to review and comment. The Examiner suggested filing a joint application for approval of the Listing Agreement and also requested the Debtor provide the most recent property tax bills from the county and its general ledger through June 30, 2019. To date, the Debtor has not provided its input on the Listing Agreement and informed the Examiner that Debtor has not been able to speak with its counsel due to counsel's illness.[1] The Examiner also believes that the Debtor is reluctant to enter into the sale process because the summer months are the slowest months for the Resort.

The Debtor continues to pursue alternative financing options and advised the Examiner that it has a loan deal in escrow, however, the Debtor has not provided any supporting documentation. The Debtor also wants to sign up with Wyndham to flag the Resort as a Ramada Inn, subject to Court approval.

///

---

[1] After drafting this Examiner's Report, the Examiner and his counsel received a letter from Debtor's counsel, the afternoon that this Report is due, stating that "BWR has reviewed the proposed listing agreement with Braun and disagrees that it is appropriate at this time particularly at what BWR considers to be a 'fire sale' price and time frame."

Examiner's Third Report                                    Case No. 18-03650-MM11
KIPR.111.786323.1

MULVANEY BARRY BEATTY LINN & MAYERS LLP
ATTORNEYS AT LAW
401 WEST A STREET, 17TH FLOOR
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

## II.   Status of Debtor's Business Operations and Financials

The Examiner is informed and believes that the Debtor is current on its post-petition adequate protection payments to the senior secured lender. The Debtor informed the Examiner that it continues to remodel the Resort and it finished remodeling three more suites and started exterior paint on all of the Resort. The Debtor also stated that it is current on all bills and has lowered debt on its payroll by almost $80,000, but the Examiner has not been able to independently review the Debtor's finances.

As reflected in the Examiner's prior report, Sandra Mejorado, the Debtor's events and office manager resigned effective April 17, 20019 and Carmen Zamora, the Debtor's bookkeeper and accountant, resigned in May. The Examiner is informed and believes that the Debtor's financials are not up-to-date and despite his request, the Examiner has not seen proof of funds showing the Debtor's ability to operate the Resort to year end.[2] The Examiner requested the Debtor's general ledger through June 2019, but that information has not been provided. On July 10, 2019, the Debtor filed its April 2019 Monthly Operating Report, so the May 2019 and June 2019 Monthly Operating Reports remain outstanding.

DATED:  July 25, 2019                    MULVANEY BARRY BEATTY LINN & MAYERS LLP


By: /s/ Kelly Ann Tran_____
       Kelly Ann Tran
    Attorneys for Richard M. Kipperman,
    Court-Appointed Chapter 11 Examiner

---

[2] The July 25, 2019 Letter from Debtor's counsel states that after several capital contributions for Mr. Mejorado, the Debtor should have approximately $75,000 on hand, but again, the Examiner has not seen any supporting financial documents.

Examiner's Third Report                                        Case No. 18-03650-MM11
KIPR.111.786323.1