# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | BWR, LLC |
| **Case Number:** | 18-03650-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 01, 2019 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 5/30/19)

2) MOTION TO CONVERT CASE TO CHAPTER 7 FILED BY UNITED STATES TRUSTEE (fr. 5/30/19)

3) MOTION FOR APPROVAL OF CHAPTER 11 DISCLOSURE STATEMENT FILED BY DEBTOR (fr. 5/30/19)

4) STATUS CONFERENCE ON MOTION FOR RELIEF FROM STAY , RS # BHR-1 FILED BY CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION (fr. 5/30/19)

5) MOTION TO AUTHORIZE USE OF CASH COLLATERAL NUNC PRO TUNC FILED BY DEBTOR (fr. 5/30/19)

6) MOTION (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS; (2) WAIVING 14-DAY STAY PERIOD ; AND (3) GRANTING RELATED RELIEF FILED BY DEBTOR (fr. 5/30/19)

7) OPPOSITION TO CLEARINGHOUSE COMMUNITY DEVELOPMENT'S OBJECTION TO CLAIM NO. 2 FILED BY TCF EQUIPMENT FINANCE (fr. 6/13/19)

### *Appearances:*

LESLIE SKORHEIM, ATTORNEY FOR UNITED STATES TRUSTEE
DAYNA C. CHILLAS, ATTORNEY FOR BWR, LLC  (Telephonic appearance)
BRETT RAMSAUR, ATTORNEY FOR CLEARINGHOUSE COMMUNITY DEVELOPMENT
RICHARD A. SOLOMON, ATTORNEY FOR TCF EQUIPMENT FINANCE  (Telephonic appearance)
KELLY ANN MAI KHANH TRAN, ATTORNEY FOR RICHARD M. KIPPERMAN
RICHARD M KIPPERMAN, EXAMINER
EDDIE MEJORADO

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

**(continue)..18-03650-MM11**            THURSDAY, AUGUST 01, 2019 03:00 PM

### *Disposition:*

1-2) Continued to 9/5/19 at 9:30 a.m. in Dept. 1.  Status report to be submitted by 9/3/19 at noon.

The court will shorten time for loan transaction to be noticed for 9/5/19 at 9:30 a.m. in Dept. 1.

If any developments occur prior to the September 5th hearing date in which the examiner needs his authority clarified by expanded powers, then Ms. Tran may file a declaration and upload an order for the court's review.  Ms. Tran to notify the law clerk.

3) Tentative Ruling sustained. Off calendar.

4) Continued to 9/5/19 at 9:30 a.m. in Dept. 1.  Status report to be submitted by 9/3/19 at noon.  Adequate protection order to remain in place.

5) Tentative Ruling sustained. Off calendar.

6) Tentative Ruling sustained. Off calendar.

7) Continued to 10/3/19 at 2:00 p.m. in Dept. 1. Status report to be submitted by 9/26/19.